IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FREDRICK B. SMILEY, #200927,      :

    Plaintiff,                   :

vs.                               :   CIVIL ACTION 16-580-WS-M

MOBILE COUNTY CIRCUIT COURT,      :

    Defendant.                   :


ORDER


    After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    The Clerk is DIRECTED to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation, of this Order adopting the Report and Recommendation, and of the Judgment.

    DONE this 15th day of February, 2017.


                  s/WILLIAM H. STEELE
                  CHIEF UNITED STATES DISTRICT JUDGE