```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION


FREDRICK B. SMILEY, #200927,    :

      Plaintiff,                :

vs.                             :    CIVIL ACTION 16-580-WS-M

MOBILE COUNTY CIRCUIT COURT,    :

      Defendant.                :
```

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 15th day of February, 2017.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE